AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HERNAN GREENVILLALOBOS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **6:17MJ00078-001**<br>Defendant's Attorney: Timothy Zindel, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of charges   1 and 2   as alleged in the violation petition filed on ___.

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| CHARGE 1 | FAILURE TO OBEY ALL LAWS | 2/1/2019 |
| CHARGE 2 | FAILURE TO REPORT NEW LAW VIOLATION | 2/1/2019 |

The court:   [ ] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   4/3/2018   .

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**10/2/2019**
_____
Date of Imposition of Sentence

/s/ Jeremy D. Peterson
_____
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

10/7/2019
_____
Date

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **HERNAN GREENVILLALOBOS**                                      Page 2 of 2
CASE NUMBER: **6:17MJ00078-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of : 12 months unsupervised probation. .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The defendant's probation shall be unsupervised by the probation office.

2.  The defendant is ordered to obey all federal, state, and local laws.

3.  The defendant shall pay a fine of $590.00 and a special assessment of $10.00 for a total financial obligation of $600.00, which shall be paid at the rate of $60.00, per month commencing on 5/4/2018, and each month thereafter by the 4th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

4.  The defendant is ordered to personally appear for a Probation Review Hearing on 3/5/2019 at 10:00 am before U.S. Magistrate Judge Peterson.

5.  The defendant shall advise the court and government officer through counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6.  **NEW PROBATION REQUIREMENT AS OF 10/2/2019**: The defendant shall report for post sentence booking with the US Marshals Office; probation to terminate following booking.